UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Katharine S. Hayden |
| v. | : | |
| | : | No. 09-cr-086 |
| | : | |
| ANTONIO ORTIZ | : | ORDER FOR CONTINUANCE |

An indictment charging defendant Antonio Ortiz with
conspiracy and possession with intent to distribute heroin, in
violation of Title 21, United States Code, Sections 841(a)(1) and
(b)(1)(C) and 846, having been filed on February 11, 2009; and
defendant Antonio Ortiz having been represented by Richard
Phillips, Esq.; and no bail having been set by the Court; and
defendant and his counsel being aware that a trial must be held
within 70 days of the filing of the indictment on these charges,
pursuant to Title 18, United States Code, Section 3161(b); and
one continuance having previously been granted by Magistrate
Judge Cecchi pursuant to Title 18, United States Code, Section
3161(h)(8)(A) so that the parties could attempt to reach a plea
agreement and thereby avoid a possible trial; the Government and
defendant hereby request a second continuance pursuant to Title
18, United States Code, Section 3161(h)(8)(A) in order to permit
the time necessary to afford the parties the opportunity to reach
plea agreements which would thereby render trial of this matter
unnecessary;

IT IS on this 23rd day of March, 2009

ORDERED that from the date this Order is entered, to and including April 17, 2009, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1.   Plea negotiations currently are in progress, and both the United States and defendant desire additional time to negotiate a plea in Court, which would thereby render trial of this matter unnecessary.

2.   Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.


SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Richard Phillips, Esq.
Counsel for Antonio Ortiz



_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge